THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY COGER, Appellant.— Order of the County Court of Queens County denying defendant's motion in the nature of *coram nobis* to vacate a judgment of that court there-

tofore rendered on the 28th day of September, 1928, convicting him of the crimes of burglary in the third degree and petit larceny, affirmed. No opinion. Nolan, P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur.